# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2412

_____

James McBrien,                              *
                                            *
            Appellant,                      *
                                            *    Appeal from the United States
    v.                                      *    District Court for the
                                            *    Eastern District of Missouri.
Phelps County Jail,                         *
                                            *        [UNPUBLISHED]
            Appellee.                       *

_____

Submitted: June 29, 1998
Filed: July 7, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

James McBrien seeks to appeal the district court's[1] order denying his request for counsel and administratively closing its file. Because McBrien never commenced an action in the district court, we see no basis for appellate jurisdiction. Accordingly, we dismiss this appeal. See 8th Cir. R. 47A(a). McBrien's remedy is to file a complaint in the district court on the court-provided form.

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.